UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA A/S/O NORTHEASTERN EDUCATIONAL INTERMEDIATE UNIT 19 | : | |
| Plaintiff, | : | |
| | : | DOCKET NO. : 2:14-CV-05178-CMR |
| v. | : | |
| | : | Civil Action |
| AMERICAN WATER WORKS CO., INC. | : | |
| | : | **STIPULATION OF DISMISSAL WITHOUT** |
| Defendant | : | **PREJUDICE** |
| | : | |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party, and without prejudice.

CRAWFORD & McELHATTON                    BINGAMAN HESS

By: _____            By: _____
    DENNIS J. CRAWFORD, ESQUIRE              HARRY D. McMUNIGAL, ESQUIRE
    Attorney for plaintiff                   Attorney for defendant
    619 South White Horse Pike              Treeview Corporate Center, Suite 100
    Audubon, NJ 08106                        2 Meridian Boulevard
    Tel. No.: (856) 310-5550                 Wyomissing, PA 19610
    Fax No.: (856) 310-9099                  Tel. No.: (610) 374-8377
    E-mail: dcrawford@cmlawfirms.com         Fax No.: (610) 376-3105
                                             E-mail: hdmcmunigal@bhcb.com

Dated: _6.16.15_____                  Dated: _6-15-15_____

Approved: Hon. Cynthia M. Rufe, J
June 17, 2015